MAY 5, 1952.

No. 682. JOHN DEERE PLOW CO. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. ▮ *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Butler Bros.* v. *McColgan,* 315 U. S. 501. *Arthur H. Kent* and *Valentine Brookes* for appellant. *Edmund G. Brown,* Attorney General of California, and *James E. Sabine,* Deputy Attorney General, for appellee.

